**Form 1**

Page: 1

# Individual Estate Property Record and Report

## Asset Cases

**Case No.:** 3:17-BK-30518-SHB  
**Case Name:** HAMMER, PETER MICHAEL  
HAMMER, TERESA MARIE  

**For Period Ending:** 09/30/2018

**Trustee Name:** (620080) F. Scott Milligan  
**Date Filed (f) or Converted (c):** 02/27/2017 (f)  
**§ 341(a) Meeting Date:** 04/04/2017  
**Claims Bar Date:** 07/06/2017

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 410 Den Lane, Heiskell, TN 37754-0000, Anderson<br>Imported from original petition Doc# 1 | 136,000.00 | 30,120.72 | | 0.00 | FA |
| 2 | Checking and Savings: Regions Bank<br>Imported from original petition Doc# 1 | 120.00 | 0.00 | | 0.00 | FA |
| 3 | Checking: Regions Bank<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Bedroom suite, bed, dresser, 4 end tables, vanit<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2 TVs, dvd player, laptop, tablet<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | HVAC Unit<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | Personal clothing<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding ring<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Pistol<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 10 | Life Insurance through employer (no cash value):<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 401 (k): 401 (k)<br>Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2016 Tax Refund - $2,187.00 ($1,370.00 towards c<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13* | Class action lawsuit against Johnson & Johnson<br>Imported from original petition Doc# 1 (See Footnote) | 0.00 | 0.00 | | 0.00 | 1.00 |

**Form 1**

Page: 2

# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 3:17-BK-30518-SHB  
**Case Name:** HAMMER, PETER MICHAEL  
HAMMER, TERESA MARIE  

**For Period Ending:** 09/30/2018

**Trustee Name:** (620080) F. Scott Milligan  
**Date Filed (f) or Converted (c):** 02/27/2017 (f)  
**§ 341(a) Meeting Date:** 04/04/2017  
**Claims Bar Date:** 07/06/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | 1995 Toyota Corolla, 300,000 miles. Entire prope<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 15 | 2004 Chevrolet Silverado, 205,000 miles. Entire<br>Imported from original petition Doc# 1 | 4,000.00 | 0.00 | | 0.00 | FA |
| 15 | **Assets     Totals**     (Excluding unknown values) | **$149,220.00** | **$30,120.72** | | **$0.00** | **$1.00** |

RE PROP# 13    nominal value until more information known about claim, may be confidential as welll

**Major Activities Affecting Case Closing:**

4/6/17 sent emails to counsel about mesh case  
06/23/17 waiting on contact from mesh counsel about status and employment  
9/25/17 have good contact and getting info for special counsel apps and settlment status  
12/05/17still not have all special counsel info, settlement not imminent in this one  
4/25/18 no change in status  
8/1/18 still no change, mesh case not in group of settled cases at this time, but something is still expected, may have to move out ETFR

**Initial Projected Date Of Final Report (TFR):**    06/30/2019    **Current Projected Date Of Final Report (TFR):**    06/30/2019

10/23/2018                                                                                  /s/F. Scott Milligan  
————————————                                                                  ————————————  
Date                                                                                                F. Scott Milligan